█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CIACCIO, JOHN CERVERIZZO, THOMAS DE SOUSA and ROBERT VELEZ, Appellants.—Four judgments of the Supreme Court, Queens County (one as to each defendant), all rendered February 10, 1976, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.